UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVE SAMUEL GEE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:18-CV-2681-G (BN) |
| STATE OF TEXAS, AND STACEY D. GEE, | ) ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court, therefore, **DENIES** the relief requested in Steve Samuel Gee, Jr.'s response to willful first amendment retaliation and clear fraud upon the court, rule 60(b) motion to set aside judgment for clear fraud upon the court by judicial officers, and notice of tort claims (docket entry 25) and **AWARDS** Stacey D. Gee $1,225.70 in costs and actual expenses, including reasonable attorneys' fees, under 28 U.S.C. § 1447(c).

SO ORDERED.

January 10, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**